# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1879. SULLIVAN v. THE STATE.**

Upon consideration of the above-styled case, we conclude that a review of the video-taped surveillance footage is necessary to address the issues raised on appeal. Accordingly, this appeal is removed from the docket and remanded to the trial court for completion of the record. See *Galardi v. Steele-Inman*, 259 Ga. App. 249 (576 SE2d 555) (2002); see also *Thomas v. State*, 331 Ga. App. 641, 659-660 (7) (771 SE2d 255) (2015); OCGA § 5-6-48 (d). Once the recording has been submitted to the trial court and the trial court enters an order stating that the record is complete, or the trial court enters an order stating that the record cannot be completed, appellant shall have 30 days from the date of the mandated order to re-file his notice of appeal. *Galardi*, 259 Ga. App. at 249. At that time, the case may be transmitted to the Court of Appeals for re-docketing.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  12/02/2020
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*